# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LIAM PHILLIP CAVANAUGH,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF REVENUE,
CHILD SUPPORT PROGRAM** and **SARAH LYNNE GOAD,**
Appellees.

No. 4D17-3318

[December 6, 2018]

Appeal from the State of Florida, Department of Revenue, Child Support Program; L.T. Case Nos. CSE2001073948 and Dep. 06550019665AO.

Gloria C. Gonzalez of the Law Offices of Gloria C. Gonzalez, P.A., Hialeah, for appellant.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Child Support Enforcement, Tallahassee, for appellee Department of Revenue Child Support Program.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***